# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1659
_____

BRIDGET ROUSSEAU,

Appellant,

v.

RANDSTAD and ESIS/ACE USA,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Iliana Forte, Judge.

Date of Accident: October 24, 2014.

October 24, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bill McCabe, Longwood, and Kevin R. Gallagher of The Gallagher Law Group, Ft. Lauderdale, for Appellant.

William H. Rogner and Andrew R. Borah of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Appellees.